# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES M. LEWIS, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>SECRETARY OF THE NAVY, )<br>)<br>    Defendant. )<br>) | Civil No. 10-842 (RBW) |

## [Proposed] ORDER

Upon consideration of the Defendant's Motion for a Voluntary Remand to the Agency, it is hereby:

ORDERED that the Defendant's Motion is GRANTED, and it is further

ORDERED that the above captioned case be REMANDED to the Board for Correction of Naval Records ("the Board");

ORDERED that the Board members reconsider Plaintiff's application for the correction of his naval records in light of the information Plaintiff submitted in 2008;

ORDERED that Plaintiff's Motions for Judicial Notice and relief are denied.

_____
Date

_____
UNITED STATES DISTRICT JUDGE